UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-54965-LRC |
| | : | |
| MICHAEL SCOT FLECK, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF** *MOTION FOR ORDER AUTHORIZING SETTLEMENT BETWEEN TRUSTEE AND FIGURE LENDING LLC UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE*; **DEADLINE TO OBJECT; AND FOR HEARING**

**PLEASE TAKE NOTICE** that on April 18, 2022, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Michael Scot Fleck ("**Debtor**"), filed a *Motion for Order Authorizing Settlement between Trustee and Figure Lending LLC under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 25] (the "**Motion**") and related papers with the Court, seeking an order, among other things, approving a settlement agreement (the "**Settlement Agreement**") between Trustee and Figure Lending LLC ("**Figure**" and with Trustee, the "**Parties**") related to the Debtor's former interest certain improved real property with a common address of 819 Durant PL, NE, #8, Atlanta, Georgia (the "**Property**") and the alleged security interest of Figure in the same. More specifically, under the terms of the Settlement Agreement, *inter alia*,[1] within 10 days of the Settlement Approval Order[2] becoming a final order, Figure shall pay to Trustee $67,500.00 in good funds (the "**Settlement Funds**") in one

---

[1] The following is a summary of the Settlement Agreement and is not intended to be comprehensive. To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the Settlement Agreement controls.

[2] Capitalized terms not defined in this Notice shall have the meanings ascribed to them in the Motion.

18052953v1

lump sum payment by delivering an official check to Trustee in the amount of $67,500.00.  Also, the Parties stipulate and agree that effective upon Trustee's receipt of the $67,500.00 Settlement Funds from Figure, Figure shall have a non-priority, timely filed, general unsecured claim in the amount of $67,500.00 in the Bankruptcy Case against the Bankruptcy Estate.  Moreover, Trustee and the Bankruptcy Estate, on the one hand, and Figure, on the other hand, grant broad releases to one another.  Finally, within ten (10) business days of the later of: (a) the Settlement Approval Order becoming a final order, or (b) Trustee's receiving the Settlement Funds from Figure, Trustee and Figure shall file a stipulation, or other necessary paper, seeking dismissal with prejudice of the claims that Trustee has raised against Figure in the adversary proceeding styled as *Hays v. Figure Lending, LLC, et al.* (Adv. Pro. No. 21-5150-LRC).  The exact terms of the Settlement Agreement are set forth on Exhibit "A" to the Motion.

Pursuant to the Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the Motion have been scheduled for **May 18, 2022.**  The Court will hold an initial telephonic hearing for announcements on the Motion at the following number: 833-568-8864

18052953v1

US Toll-free Meeting ID: 161 346 1602 at **10:15 a.m.** in in **Courtroom 1204**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated:   April 19, 2022.

                                                  ARNALL GOLDEN GREGORY LLP
                                                *Attorneys for Trustee*

                                                By:   */s/ Michael J. Bargar*
171 17th Street, NW, Suite 2100            Michael J. Bargar
Atlanta, GA 30363                                  Georgia Bar No. 645709
404.873-7031                                          michael.bargar@agg.com

18052953v1