UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-54965-LRC |
| | : | |
| MICHAEL SCOT FLECK, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

# CERTIFICATE OF SERVICE

This is to certify that on July 1, 2022, I, Michael J. Bargar, caused to be served a true and correct copy of the NOTICE OF *MOTION FOR ORDER AUTHORIZING SETTLEMENT BETWEEN TRUSTEE AND JPMORGAN CHASE BANK, N.A. UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE*; DEADLINE TO OBJECT; AND FOR HEARING [Doc No. 31] ("*Notice*") by first class United States mail, postage prepaid, on the following persons or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Stephanie K. Sheppard
Sheppard Legal Services, LLC
1141 Sheridan Road, NE
Atlanta, GA 30324-3714

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Michael Scot Fleck
518 Grist Valley Lane
Cary, NC 27518

Tania R. Tuttle
McLain & Merritt, PC
11625 Rainwater Drive, Ste 125
Alpharetta, GA 30009

This is to certify further that on July 1, 2022, I, Michael J. Bargar, caused to be served copies of the *Notice* by first class United States mail, postage prepaid, on all of those entities set forth on Exhibit "A" at the addresses stated.

Respectfully submitted this 1st day of July, 2022.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By:*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
Phone: (404) 873-8500

18362743v1

## EXHIBIT "A" FOLLOWS

18362743v1

```
Label Matrix for local noticing          American Express National Bank           Amex
113E-1                                   c/o Becket and Lee LLP                   Correspondence/Bankruptcy
Case 21-54965-lrc                        PO Box 3001                              Po Box 981540
Northern District of Georgia             Malvern  PA 19355-0701                   El Paso, TX 79998-1540
Atlanta
Fri Jul  1 11:55:09 EDT 2022

(p)BANKERS HEALTHCARE GROUP LLC          Michael J. Bargar                        Michael J. Bargar
ATTN BANKRUPTCY DEPT                     Arnall Golden Gregory LLP                Arnall Golden Gregory, LLP
201 SOLAR STREET                         Suite 2100                               Suite 2100
SYRACUSE NY 13204-1425                   171 17th Street, NW                      171 17th Street, N.W.
                                         Atlanta, GA 30363-1031                   Atlanta, GA 30363-1031


(p)JPMORGAN CHASE BANK  N A              Michael Scot Fleck                       (p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY MAIL INTAKE TEAM              518 Grist Valley Lane                    COMPLIANCE DIVISION
700 KANSAS LANE FLOOR 01                 Cary, NC 27518-6472                      ARCS BANKRUPTCY
MONROE LA 71203-4774                                                              1800 CENTURY BLVD NE SUITE 9100
                                                                                  ATLANTA GA 30345-3202


S. Gregory Hays                          Internal Revenue Service                 (p)INTERNAL REVENUE SERVICE
Hays Financial Consulting, LLC           Centralized Insolvency                   CENTRALIZED INSOLVENCY OPERATIONS
Suite 555                                P.O. Box 211126                          PO BOX 7346
2964 Peachtree Road                      Philadelphia, PA 19114                   PHILADELPHIA PA 19101-7346
Atlanta, GA 30305-4909


Internal Revenue Service                 JPMorgan Chase Bank, N.A.                NAVIENT PC TRUST
PO Box 7346                              s/b/m/t Chase Bank USA, N.A.             C/O Navient Solutions, LLC.
Philadelphia, PA 19101-7346              c/o Robertson, Anschutz & Schneid, P.L.  PO BOX 9640
                                         6409 Congress Avenue, Suite 100          Wilkes-Barre, PA 18773-9640
                                         Boca Raton, FL 33487-2853


Navient                                  Navient                                  Navient Solutions, LLC. On behalf of
Attn: Bankruptcy                         Attn: Claims Dept                        Department of Education Loan Services
Po Box 9640                              Po Box 9500                              PO BOX 9635
Wilkes-Barr, PA 18773-9640               Wilkes-Barre, PA 18773-9500              Wilkes-Barre, PA 18773-9635


Office of the United States Trustee      PRA Receivables Management, LLC          Regions Bank
362 Richard Russell Building             PO Box 41021                             SoFi Lending Corp
75 Ted Turner Drive, SW                  Norfolk, VA 23541-1021                   2750 E Cottonwood Pkwy Suite 300
Atlanta, GA 30303-3315                                                            Salt Lake City, UT 84121-7285


Stephanie K. Sheppard                    Sofi Lending Corp                        South Fulton Emergency Physicians
Sheppard Legal Services, LLC             375 Healdsburg Avenue                    P.O. Box 19000
1141 Sheridan Road, NE                   Suite 280                                Belfast, ME 04915-4085
Atlanta, GA 30324-3714                   Healdsburg, CA 95448-4151


South Fulton Emergency Physicians        Syncb/Care Credit                        Synchrony Bank
P.O. Box 22084                           Attn: Bankruptcy                         c/o PRA Receivables Management, LLC
Belfast, ME 04915-4117                   Po Box 965060                            PO Box 41021
                                         Orlando, FL 32896-5060                   Norfolk, VA 23541-1021


Troy Moon                                United States Attorney                   Wake Emergency Physicians
411 Avondale Drive                       Northern District of Georgia             8 Oak Park Drive
Nashville, TN 37206-1818                 75 Ted Turner Drive SW, Suite 600        Bedford, MA 01730-1414
                                         Atlanta GA 30303-3309
```

```
Wake Emergency Physicians              Wake Med Health and Hospitals          Wellstar Health System
P.O. Box 890053                        P.O. Box 29516                          805 Sandy Plains Road
Charlotte, NC 28289-0053               Raleigh, NC 27626-0516                  Marietta, GA 30066-6340


Wellstar Health Systems
P.O. Box 742625
Atlanta, GA 30374-2625
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bankers Healthcare Group               (d)Bankers Healthcare Group             (d)Bankers Healthcare Group, LLC
10234 W. State Road 84                 201 Solar Street                        201 Solar Street
Fort Lauderdale, FL 33324              Syracuse, NY 13204                      Syracuse, NY 13204


Chase Card Services                    GA Dept. of Revenue                     (d)Georgia Department of Revenue
Attn: Bankruptcy                       Processing Center                       Central Collections Section
Po Box 15298                           P.O. Box 740323                         1800 Century Blvd NE Suite 9100
Wilmington, DE 19850                   Atlanta, GA 30374                       Atlanta, GA 30345


(d)Georgia Department of Revenue       Internal Revenue Service                End of Label Matrix
Taxpayer Services Division             P.O. Box 1214                           Mailable recipients    33
PO Box 105499                          Charlotte, NC 28201                     Bypassed recipients     0
Atlanta, GA 30348-5499                                                         Total                  33
```