**IT IS ORDERED as set forth below:**

Date: August 8, 2022

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | : | CASE NO. 21-54965-LRC |
|---|---|---|
| MICHAEL SCOT FLECK, | : | CHAPTER 7 |
| Debtor. | : | |

**ORDER APPROVING SUBSTITUTION OF ATTORNEYS,
SUBJECT TO OBJECTION**

On August 5, 2022, S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for substitution of Rountree Leitman Klein & Geer LLC ("**RLKG**" or "**Applicant**") as attorneys for Trustee [Doc. No. 38] (the "**Application**"). The Application and accompanying verified statement demonstrate that RLKG is a firm of attorneys qualified to practice in this Court, that RLKG is disinterested and represents no

interest adverse to Debtor or the bankruptcy estate, and that the requested substitution of RLKG for Arnall Golden Gregory LLP will be in the best interest of the bankruptcy estate. Having reviewed the Application and for good cause shown, it is hereby

**ORDERED** that the Application is **GRANTED**: RLKG is hereby substituted for Arnall Golden Gregory LLP as attorneys for Trustee in this case. It is further

**ORDERED** that compensation shall be paid to RLKG upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed counsel for Trustee. If an objection is timely filed, then proposed counsel for Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open calendar procedures, and shall provide notice of such hearing to the United States Trustee, Trustee, and the objecting party.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ROUNTREE LEITMAN KLEIN & GEER LLC

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    mbargar@rlkglaw.com
Century Plaza I
2987 Clairmont Road, Suite 530
Atlanta, GA  30329
(404) 410-1220
*Proposed Substitute Attorneys for Trustee*

**Identification of parties to be served:**

Office of the U.S. Trustee
Richard B. Russell Federal Building, Room 362
75 Ted Turner Drive, SW
Atlanta, GA  30303

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

Stephanie K. Sheppard
Sheppard Legal Services, LLC
1141 Sheridan Road, NE
Atlanta, GA 30324-3714

Michael Scot Fleck
518 Grist Valley Lane
Cary, NC 27518

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329