| UNITED STATES BANKRUPTCY COURT<br>Northern District of Georgia (Atlanta) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br>Charles Antonio Croff | Case Number:<br>1:2018-bk-69002 | |
| Name of Creditor:<br>   Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>   Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>   Wells Fargo Bank, N.A.<br>   MAC N9286-01Y<br>   P.O. Box 1629<br>   Minneapolis, MN 55440-9790<br>   Telephone Number: 800-274-7025<br>Prior notice address:<br>   Wells Fargo Bank, N.A.<br>   MAC N9286-01Y<br>   1000 Blue Gentian Road<br>   Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>   Wells Fargo Bank, N.A.<br>   Attention: Payment Processing<br>   MAC F2302-04C<br>   1 Home Campus<br>   Des Moines, IA 50328<br>   Telephone Number: 800-274-7025 | | _ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number:  0448  UCID: WFCMGE1869002GAN57730448 | | _ Check this box if the account number has changed. |
| 2.   Court Claim Number:  6 | | |

3.   **Signature:**

 **Check the appropriate box.**
   X   I am the creditor.
       I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)
       I am the trustee, or the debtor.
       I am a guarantor, surety, endorser, or other codebtor.

   By:   /s/ Sherry L Crouell                    Date: 01/23/2022
         VP Loan Documentation

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              CASE NO.:    18-69002

**Charles Antonio Croff**                           CHAPTER:    7

Debtor(s).

_____ /

CERTIFICATE OF SERVICE

I hereby certify that on or before January 24, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                *By U.S. Postal Service First Class Mail Postage Prepaid:*

Charles Antonio Croff
4845 Price Street
Forest Park, GA 30297


*Trustee:*               *By CM / ECF Filing:*

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305


/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)